**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6272**

FLOYD JUNIOR POWELL,

Plaintiff – Appellant,

v.

TONY A. KELLER; JORGE SOSA; JASON COY REID; TIMOTHY JAMES BREWER; LARRY WATERS; WILLIAM A. BRAFFORD; GRETCHEN C. F. SHAPPERT; RICHARD L. VOORHEES; CARL HORN, III; GREGORY A. FOREST; JAYME MILLER; UNITED STATES MARSHAL SERVICE; CATAWBA COUNTY; CATAWBA COUNTY COMMISSIONERS; SHERIFF OF CATAWBA COUNTY; CATAWBA COUNTY SHERIFF'S DEPARTMENT; COLDWELL BANKER; BOYD HASSELL INDUSTRIAL COMMERCIAL PROPERTIES; ELVALORIE MATTHEWS; RICHARD MCDONNELL; MARK T. CALLOWAY; NEWTON POLICE DEPARTMENT; UNITED STATES OF AMERICA,

Defendants – Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, Senior District Judge. (5:09-cv-00004-GCM)

Submitted: May 29, 2009              Decided: June 18, 2009

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Floyd Junior Powell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Junior Powell appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Powell v. Keller, No. 5:09-cv-00004-GCM (W.D.N.C. Jan. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED